UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | M.B.D. Case No.   23-MC-91354-RGS |
| | ) | |
| **AMANI BATTLE,** | ) | |
| | ) | |
| **Defendant** | ) | |

### MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT OR INFORMATION, AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Michael Crowley, with the agreement of counsel for the defendant, Amani Battle, respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed, and exclude the time period from June 13, 2023, through and including August 18, 2023, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendants in a speedy trial. The parties further ask this Court to issue the attached proposed *Order of Continuance and Excludable Delay*.  In support of this request, the parties state as follows:

1.  The parties are engaged in discussions regarding the possible resolution of this matter (which was initiated against the defendant by a criminal complaint in *United States v. Amani Battle*, Case No. 23-mj-08178-PGL) that might result in a guilty plea that would obviate the need for an indictment.  As part of these discussions, the government will produce early discovery materials that the defendant can review in conjunction with the potential resolution.

2.	The requested exclusion of time will permit (1) counsel for the defendant to adequately confer with the defendant regarding the case, and (2) allow the parties to discuss and finalize the terms of any plea agreement, before the government is required to seek an indictment. Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit. The parties agree that, if the requested time is excluded, the government has until August 18, 2023, to return an indictment in this case. This is the first such request. A proposed order is attached.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ *Michael J. Crowley*
Michael J. Crowley
Assistant U.S. Attorney

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:   /s/ *Michael J. Crowley*
Michael J. Crowley
Assistant U.S. Attorney

Date: June 9, 2023